# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CASE NO.: 2:22-cr-5 |
| | * | |
| v. | * | |
| | * | |
| | * | |
| DION ZESSIN | * | |

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation. Dkt. no. 46. In that Report, the Magistrate Judge recommends the Court find Mr. Zessin incompetent to stand trial and order Mr. Zessin committed to federal medical center for treatment for restoration of competency pursuant to 18 U.S.C. § 4241(d). The Government filed a Response stating it has no objection to the Report and Recommendation. Dkt. No. 47.

Mr. Zessin's appointed counsel filed a Response stating he has no objection to the Report and Recommendation and expressly agreeing with the Magistrate Judge's recommendations. Dkt. No. 48. Mr. Zessin's counsel explains Mr. Zessin vocally opposed counsel's filing of the motion seeking a psychiatric or psychological evaluation, disagrees with the findings in Dr. Dwyer's evaluation, and currently opposes receiving any mental health treatment. Mr. Zessin's counsel explains Mr. Zessin has

berated counsel, refused to communicate with counsel, and, at times, has indicated he might retain counsel. Nonetheless, Mr. Zessin has not retained counsel or sought to represent himself (if he were even competent to do so). Therefore, Mr. Zessin's current appointed counsel maintains he is duty bound to not object to the Magistrate Judge's Report and Recommendation. Counsel agrees Mr. Zessin is not competent to stand trial and should be committed for treatment in the hopes of restoring his competency.

After conducting an independent and de novo review of the entire record in this matter, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation. Dkt. no. 46. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Court finds Mr. Zessin incompetent to stand trial and **ORDERS** Mr. Zessin committed to federal medical center for treatment for restoration of competency pursuant to 18 U.S.C. § 4241(d).

**SO ORDERED**, this 2 day of June, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA