IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:22-cr-5 |
| DION ZESSIN, | |
| Defendant. | |

**O R D E R**

On July 14, 2023, this Court received the Psychiatric Report for Defendant Dion Zessin. The report is docketed sealed in the case. Doc. 79. The parties are hereby **ORDERED** to file notice with the Court as to whether the parties stipulate to the Psychiatric Report and continued treatment for the purposes of restoration or whether the parties request a hearing. The parties are **ORDERED** to file said notice with the Court within twenty-one (21) days from the date of this order. Also, the parties request for an additional twenty-one (21) days to file any substantive motions regarding Defendant's continued treatment within the Bureau of Prisons is **GRANTED**. Any substantive motions regarding Defendant's continued treatment within the Bureau of Prisons shall be filed **on or before August 8, 2023**.

Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding the ends of justice will be served by granting this brief extension outweigh the best interests of the public and Defendant in a speedy trial, the Court grants this additional time. The period of delay resulting from this extension—July 14, 2023 through and including August 8, 2023—is excluded in computing the time within which the trial of this matter may commence.

**SO ORDERED**, this 18th day of July, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA